UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| R.J. CORMAN RAILROAD COMPANY/ CAROLINA LINES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GLOBAL BIO RESOURCES, INC., <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:23-CV-1249-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES as moot plaintiff's motion to amend [D.E. 18], DENIES as moot defendant's motion to stay [D.E. 21], and DISMISSES the action WITHOUT PREJUDICE. The clerk SHALL close the case.

This Judgment filed and entered on October 16, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

October 16, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk